*E-Filed 7/29/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLINTON MARTIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SOLEDAD STATE PRISON,<br><br>　　　　Defendant. | No. C 11-03034 RS (PR)<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff moves to terminate the action because it is a duplicate of another action (Docket No. 4). Plaintiff's motion is GRANTED. The Clerk shall ADMINISTRATIVELY CLOSE this action, and terminate Docket No. 4. No filing fee is due.

**IT IS SO ORDERED**.

DATED: July 29, 2011

　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　United States District Judge

No. C 11-03034 RS (PR)
ORDER OF DISMISSAL